(A) MORRIS COPPERMAN et al., Appellants, v. ROYAL ASSURANCE Co., Respondent. (B) WILLIAM MURRAY, Appellant, v. PENNSYLVANIA RAILROAD, Respondent.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.